UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34748 |
|---|---|
| MARGARET J WORTH | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099958**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 20 | ANESTHESIOLOGISTS ASSOC<br>% UNITED COLLECTION<br>5630 SOUTHWYCK BLVD<br>TOLEDO, OH  43614 | 7.64 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/14/2011

Certificate of Service                    07-34748

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARGARET J WORTH
411 FAMBALWOOD DR
DAYTON, OH  45405

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH  45459

(20.1)
ANESTHESIOLOGISTS ASSOC
% UNITED COLLECTION
5630 SOUTHWYCK BLVD
TOLEDO, OH  43614

(28.1n)
B LINE LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(25.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv